Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Soothen District of MS

Northern Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

FEB 13 2023

ARTHUR JOHNSTON
BY_____ DEPUTY

Dandy C. Marshall

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

MTC ; MDOC ; John Does ;

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:23cv 117-DPJ-FKB

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name *Randy Carlmarshall*

All other names by which
you have been known: *N/a*

ID Number *MDOC # 134595*

Current Institution *East Mississippi Department of Correction*

Address *P.O. Box 10641   Hwy 80 west*

*Meridian*      *MS.*      *39307*
City       State       Zip Code

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name *MTC Employee Mr. Donald Jackson*

Job or Title *(if known)* *Warden*

Shield Number *N/a*

Employer *MTC Employee At EmF-East Mississippi Correction Facility*

Address *P.O. Box 10641   Hwy 80 West*

*Meridian*      *MS.*      *39307*
City       State       Zip Code

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2

Name *Sergeant Smith; Female*

Job or Title *(if known)* *Sergeant Smith;*

Shield Number *N/a*

Employer *MTC (Management Training Corporation)*

Address *East Correction Facility; East Mississippi Correction facility*

*P.o. box 10641 Hwy 80 Meridian    MS    39307*
City       State       Zip Code

[✓] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

    Name                       Leutinant Grady

    Job or Title *(if known)*   "Leutinant Gray"

    Shield Number              n/a

    Employer               MTC — Managment Trainee & Corporation

    Address                EMCF P.O. Box 1064 Hwy 80 West

                         Meridian     MS     39307

                         *City*      *State*      *Zip Code*

    ☑ Individual capacity   ☑ Official capacity

**Defendant No. 4**

    Name                       Mr. McClendon

    Job or Title *(if known)*   Major

    Shield Number              N/A

    Employer               MTC — Managment Trainee & Corporation

    Address                EMCF, P.O. Box 1064 Hwy 80 West

                         Meridian     MS     39307

                         *City*      *State*      *Zip Code*

    ☑ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Const. Amendment I. U.S. Const. Amendment IV. U.S. Const. Amendment V, U.S. Const. Amendment VIII ; U.S. Const. Amendment XIII Sec. U.S. Const. Amendment XIV (I)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *These Public/Private, Correctional Official As An Contractor to MDOC and State of Mississipp, When Inform, that the Complainant was Assaulted; Attempt to Place the Complainant back upon the Housing Unit 6 Bed Unit 4 Flod; & Penalized him By CVR "Failing to Protect from harm"; State Law; Abuse and maltreatment Prohibited*

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. *At EMCF; West Lowdercdale County, MS Novenber 29th 2022 Unit 4 Flod; the Complainant Was Jump By 4 Offenders; And Suffer Left head strikes & Left Index Finger; once occurrence these Accused Attempted to Place the Complainant in harm Way Deliberate Indifference to Policy or MTC that back; right to Not Injury;*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. *Unit 4 A-Bod; EMCF; 11-24-2022; once back from "Rush Hospital"; these three Correction Official Without Investigation; Arrest; non Penalties upon the Accused offenders Then they Wrote him a TWR, For Fearing For his safety & Well-Being; And Fail to Solve fully the Disclowing Investigation or Hearing Exhibit Adverse Green for the Duty; And "Personally Devoting these time "in office" Exhibiting the "Unsustainable of the Standard of care; And Produce & breach of Contract;*

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The Event and "Harms" cause was November 24th 2022 — November 25th 2023
Time of Assault & Battery and Lacking of Investigation Preference; 9:45 PM — 12:45 AM
11-24-2022; the 2:08 PM 11-25-2022;

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Once Place these Accused on, Notice Correctional Officer Sergeant Smith; Levithan Gray; & Major McClendon; without the necessity of Investigating the Accused offenders At Emct Unit-B; A-led; Cell 208 1X; 204 2X; 209 1X; 2010 1X; Whom Jumped the offender/Complaint Cartwmshell; Injuries Sustain Epidems's Left Temporal Cut require Stitches; & Left Index Finger; However these Accused Attempted without Observing the Source of the Offense Recklessly try to Place The Complainer in Harm way and not Protecting the Safety & Welfare of the Complainer

V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Injuries Sustain; Left Temporal cut to Head; And Left Index Finger from a Lock by the offenders; However the defendant Correctional Officer Cause Injuries; By Failing to obtain his Property Canteen; $25-30 Dollars; Religion Property Bible; Home Numbers; Legal Works; Cups; Bowls; & Personal Property Pictures; Also; Induce Fear unnecessary when Supervisive Authority had the Authority to Draw Different housing or Separation of Aggressive offender to Stricter Location; this Cause distress and mental Anguish None side the Injury;

VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

 **VII**   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.**   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *EMCF P.O.box 10641 Hwy 80 W. Meridian Ms. 39302*

**B.**   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

**C.**   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

(D)  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

(E)  If you did file a grievance:

1.  Where did you file the grievance?

The Grievance was Filed During 2022; However After being House in medical December 9th 2022 — January 13th 2023 then January 16th 2023 After obtaining legal Assistance File the Grievance and got received by Inadequate one;

2.  What did you claim in your grievance?

The Above Alleged Claims; of deliberate Indifference To Policy Which Arose Deprivation of Life; Liberty; And Property; 5th Amendment And 14th Amendment Violation which; resi; there within the other Amendment Namely Cruel And Unusual Punishment;

3.  What was the result, if any?

The repeatedly Unattentiveness To Concerns of Standard of Care By the Correctional official made Illigitimate Excuses of more than one .Complaint And more than one relief was required But only criterion to the episodes of the continuous facts of a Pattern of Un Official Practice the Med Dept. Even Fail To Provide the 5 Day periods

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

The sole basis is Evident the Complaint was Deprived of the Required Privilege process; No 2nd step Forms was Provide not the Five Day Time Period to refile Exhibiting XIV Amendment Violation

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *Although; i subject to abridgment of the Procedural Process to obtain an remedy; The Conditional File an Second ARP Appeal Process to notify the Administrative of the Discrimination Act.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐  Yes

☑  No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*Dismissed 2015; USDC Southern District   the Attach Documents was lost; and not obtainable Presently;*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

D.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Yes it was Dismissed not in my favor I Lack Legal Civil Rights Knowledge and suffer from the continous Practice of the Custodian

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No; only one

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _Randy Carl marshall_
   Defendant(s) _Governor Bryan ; Parole Board ; And Non-Prohibit organization_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _USDC Southern District ; Southern Division Prior To 2017 —_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _N/A_

 **IX. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _2-1-2023_

| | |
|---|---|
| Signature of Plaintiff | |
| Printed Name of Plaintiff | _Randy Carlmarshall_ |
| Prison Identification # | _13-4595_ |
| Prison Address | _Emcf  P.o. Box  1064 / Hwy 80 West_ |
| | _Meridian_               _MS_          _39307_ |
| | City                    State         Zip Code |

**B.     For Attorneys**

Date of signing:     _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | City            State         Zip Code |
| Telephone Number | |
| E-mail Address | |